CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANUPAM DHILLON (CABN 324746)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7234
    Anupam.Dhillon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 3:26-cr-00249-CRB |
| | ) |
|     Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND EXCLUDE TIME FROM |
|   v. | ) JUNE 24, 2026 TO JULY 29, 2026 AND |
| | ) [PROPOSED] ORDER |
| ALLEN ARTURO SANCHEZ OLIVARES, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    The above captioned matter is scheduled for an initial status conference before this Court on June 24, 2026. The Government has produced a significant amount of discovery and made a plea offer, and defense counsel needs additional time to review the discovery and plea offer and meet with her client. Therefore, the parties agree that the matter be continued to July 29 at 1:30 p.m.

    The parties also agree that time should be excluded from June 24, 2026 to July 29, 2026, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 24, 2026 to July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A), (B)(iv).

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 3:26-cr-00249-CRB        1

IT IS SO STIPULATED.

DATED: June 24, 2026                                    /s/
                                        ANUPAM DHILLON
                                        Assistant United States Attorney


DATED: June 24, 2026                                    /s/
                                        ELIZABETH FALK
                                        Counsel for Defendant


**[~~PROPOSED~~] ORDER**

For good cause shown and based on the parties' stipulation, the status conference set for June 24, 2026 shall be continued to July 29, 2026, at 1:30 p.m. Additionally, based on the facts set forth in the stipulation of the parties, the Court also finds that failing to exclude the time from June 24, 2026 to July 29, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from June 24, 2026 to July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 24, 2026 to July 29, 2026, shall be excluded from computation under the Speedy Trial Act.


IT IS SO ORDERED.


DATED:   June 25, 2026

                                        CHARLES R. BREYER
                                        United States District Judge