CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANUPAM DHILLON (CABN 324746)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7124
FAX: (415) 436-7234
Anupam.Dhillon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALLEN ARTURO SANCHEZ OLIVARES,<br>Defendant. | NO. 3:26-cr-00249-CRB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JULY 29, 2026 TO AUGUST 26, 2026 AND [PROPOSED] ORDER |

The above captioned matter is scheduled for an initial status conference before this Court on July 29, 2026. The Government has produced a significant amount of discovery and made a plea offer, and defense counsel needs additional time to review the discovery and plea offer and meet with her client. Therefore, the parties agree that the matter be continued to August 26, 2026 at 1:30 p.m.

The parties also agree that time should be excluded from July 29, 2026 to August 26, 2026, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 29, 2026 to August 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: July 20, 2026

/s/
ANUPAM DHILLON
Assistant United States Attorney

DATED: July 20, 2026

/s/
ELIZABETH FALK
Counsel for Defendant

**[~~PROPOSED~~] ORDER**

For good cause shown and based on the parties' stipulation, the status conference set for July 29, 2026 shall be continued to August 26, 2026, at 1:30 p.m. Additionally, based on the facts set forth in the stipulation of the parties, the Court also finds that failing to exclude the time from July 29, 2026 to August 26, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from July 29, 2026 to August 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 29, 2026 to August 26, 2026, shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: July 21, 2026

CHARLES R. BREYER
United States District Judge